IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01927-LTB

EARL J. CROWNHART,

    Applicant,

v.

CHRISTAIN MULLER, and
JOHN HICKENLOOPER, The Attorney General of the State of Colorado,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 15, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 15th day of July, 2014.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/K Lyons
                            Deputy Clerk